# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT

| | |
|---|---|
| MICHAEL CORDAS and CATHY CORDAS,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-PA4, WELLS FARGO BANK, NATIONAL ASSOCIATION, WELLS FARGO ASSET SECURITIES CORPORATION, A DELAWARE CORPORATION, FIRST AMERICAN LOANSTAR SERVICES, LLC, etc., et al.,<br><br>Defendants. | Case No. SA CV 10-01888-ODW<br><br>Assigned to: Hon. Otis D. Wright, II<br>Courtroom: 11<br><br>**JUDGMENT**<br><br>[Transferred from the United States Bankruptcy Court, Central District, Santa Ana Case No. 8:09-BK-24404-TA – Adversary Case No. 8:10-ap-01149-TA on December 10, 2010] |

On May 13, 2011, the Court granted the Motion of Defendants WELLS FARGO BANK, N.A., HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-PA4, and WELLS FARGO ASSET SECURITIES CORPORATION [*collectively,* "Lender Defendants"] to Dismiss Plaintiffs' Second Amended

Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Specifically, the Court granted Lender Defendants' Motion to Dismiss as to Plaintiffs' federal claims, including their claims under the Truth-in-Lending Act, the Home Ownership and Equity Protection Act, the Racketeer Influenced and Corrupt Organizations Act and the Fair Debt Collection Practices Act, *with prejudice*. The Court declined to exercise supplemental jurisdiction over Plaintiffs' claims under state law and therefore granted Lender Defendants Motion to Dismiss as to these claims without prejudice. The Motion to Strike is denied was moot.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled action be, and hereby is Dismissed, as to Lender Defendants with prejudice, and that a Judgment of Dismissal is entered in favor of Lender Defendants and against Plaintiffs MICHAEL CORDAS and CATHY CORDAS.

Based on said judgment, Plaintiff shall take nothing by way of the Second Amended Complaint against Lender Defendants.

**IT IS SO ORDERED.**

DATED: June 17, 2011

_____
JUDGE OF THE U.S. DISTRICT COURT

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4827-6418-0233.1
14617-284

- 2 -

[PROPOSED] JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4827-6418-0233.1
14617-284

- 3 -

[PROPOSED] JUDGMENT